EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

YI ZHANG (Admitted Pro Hac Vice)
yi.zhang@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff
BLUESTAR GENOMICS

KAREN E. FRIEDMAN (Admitted Pro Hac Vice)
CHRISTIN FLYNN LAL (Admitted Pro Hac Vice)
kfriedman@luriefriedman.com
clal@luriefriedman.com
LURIE FRIEDMAN LLP
One McKinley Square
Boston, Massachusetts 02109
Telephone:     (617) 367-1970

Attorneys for Defendant
CHUNXIAO SONG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTAR GENOMICS,<br><br>Plaintiff,<br><br>v.<br><br>CHUNXIAO SONG,<br><br>Defendant. | Case No. 4:21-cv-04507-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ISSUANCE OF LETTER OF REQUEST UNDER THE HAGUE CONVENTION**<br><br>Judge: Jon S. Tigar |

1  This Stipulation is entered into by and between Plaintiff Bluestar Genomics ("Plaintiff") and Defendant Chunxiao Song ("Defendant"), by and through their respective counsel, and subject to the Court's approval, with reference to the following:

WHEREAS, the undersigned counsel represent Plaintiff and Defendant in the above-captioned case before this Court,

WHEREAS, Defendant disclosed certain witnesses located in the United Kingdom as having information and documents relevant to this case,

WHEREAS, Plaintiff seeks Issuance of a Letter of Request, pursuant to 28 U.S.C. § 1781 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), to seek documents and testimony of Xin Lu, Skirmantas Kriaucionis, Vincent Smith and Paulina Siejka-Zielinksa,

WHEREAS, Plaintiff is unable to obtain this relevant evidence by other means,

WHEREAS, the Hague Convention authorizes the District Court for the Northern District of California to issue the Letter of Request. *See Société Nationale Industrielle Aérospatiale v. United States D. of S.D. of Iowa,* 482 U.S. 522, 535 (1987) ("a judicial authority in one contracting state may forward a letter of request to the competent authority in another contracting state for the purpose of obtaining evidence") (internal quotation omitted); 28 U.S.C. § 1781(b)(2) (permitting "transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed and its return in the same manner"),

WHEREAS, this Court may properly issue Letters of Request to the judicial authorities in the United Kingdom. Under Article 1 of the Hague Convention, a judicial authority of a signatory state may request an authority of another signatory state to obtain evidence by means of a Letter of Request. *See* Hague Convention. The United Kingdom and the United States are signatories to the Hague Convention. Under Article 2 of the Hague Convention, The United Kingdom has designated the Senior Master of the Royal Courts of Justice, Room E16, Royal Courts of Justice, Strand, London WC2A 2LL as its central authority to receive Letters of Request. *See* https://www.hcch.net/en/states/authorities/details3/?aid=278 (visited January 19, 2024).

1  WHEREAS, Plaintiff is prepared to pay the fees and costs incurred in executing this Letters of Request,

2  WHEREAS, Defendant does not intend to oppose the issuance of the Letter of Request,

3  NOW, THEREFORE, the Parties hereby stipulate and agree to the issuance of the following Letter of Request.  Plaintiff requests that the Court sign and date both this Order and the Letter of Request, attached hereto as Exhibit A, and return a copy to Weil, Gotshal & Manges LLP, counsel for Bluestar, which is hereby directed to arrange for the filing of this Order and Letter of Request with The Senior Master, Royal Courts of Justice, for the attention of the Foreign Process Section, Room E16, Royal Courts of Justice, Strand, London, WC2A 2LL, United Kingdom.

**IT IS SO STIPULATED.**

Date:  February 22, 2024                      WEIL, GOTSHAL & MANGES LLP

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward R. Reines
　　　　　　　　　　　　　　　　　　　　　　EDWARD R. REINES (Bar No. 135960)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Bluestar Genomics

Date:  February 22, 2024                      /s/ Karen E. Friedman
　　　　　　　　　　　　　　　　　　　　　　KAREN E. FRIEDMAN (Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Chunxiao Song

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Edward R. Reines, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Karen Friedman concurred in the filing of this document.

Dated: February 22, 2024

                                     /s/   *Edward R. Reines*
                                            Edward R. Reines

**ORDER**

Pursuant to Stipulation,

IT IS SO ORDERED.

Dated: February 29, 2024

                                       The Honorable Jon S. Tigar
                                       United States District Court Judge