UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTAR GENOMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUNXIAO SONG, et al.,<br><br>    Defendants. | Case No. 21-cv-04507-JST   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF No. 151 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed the parties' Joint Discovery Letter Brief (ECF No. 150) and hereby sets a hearing for April 23, 2024, at 9:30 a.m., via Zoom videoconference. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: March 25, 2024

LISA J. CISNEROS
United States Magistrate Judge