EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
GREGG T. STEPHENSON (Bar No. 347181)
gregg.stephenson@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
BLUESTAR GENOMICS

JENNIFER SERAPHINE (SBN 245463)
seraphine@turnerboyd.com
KAREN I. BOYD (SBN 189808)
boyd@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

KAREN E. FRIEDMAN (Admitted Pro Hac Vice)
kfriedman@outlook.com
P.O. Box 669
Melrose, MA 02176
Telephone: (617) 312-2061

KERRY L. TIMBERS (Admitted Pro Hac Vice)
ktimbers@sunsteinlaw.com
ERIC G. J. KAVIAR (Admitted Pro Hac Vice)
ekaviar@sunsteinlaw.com
CHRISTOPHER LACENERE (Admitted Pro Hac Vice)
clacenere@sunsteinlaw.com
KEVIN R. MOSIER (Admitted Pro Hac Vice)
kmosier@sunsteinlaw.com
SUNSTEIN LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110-2321
Telephone: (617) 443-9292

Attorneys for Defendant
CHUNXIAO SONG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BLUESTAR GENOMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHUNXIAO SONG AND LUDWIG INSTITUTE FOR CANCER RESEARCH LTD.,<br><br>　　　　　Defendants. | Case No. 4:21-cv-04507-JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br><br>Judge: Hon. Jon S. Tigar |

Plaintiff Bluestar Genomics, Inc. ("Bluestar"), and together with Defendant Chunxiao Song ("Dr. Song"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Bluestar has asserted, among other claims and causes of action, the following causes of action against Dr. Song (D.I. 141):

First Cause of Action: Breach of Contract; and

Second Cause of Action: Breach of Implied Covenant of Good Faith and Fair Dealing.

WHEREAS, Dr. Song has asserted the following counterclaim (D.I. 181):

Counterclaim: Correction of Inventorship of U.S. Patent Nos. 11,634,748 & 11,274,335.

IT IS STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, and subject to approval of the Court, that (1) Plaintiff's Second Amended Complaint is dismissed with prejudice; (2) Defendant's Counterclaim is dismissed with prejudice; and (3) each Party shall bear its own costs and attorneys' fees

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: November 15, 2024

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Edward R. Reines
    Edward R. Reines
    Derek C. Walter
    Gregg T. Stephenson

*Attorneys for Plaintiff*
BLUESTAR GENOMICS

Dated: November 15, 2024

KAREN E. FRIEDMAN

By: /s/ Karen E. Friedman
    Karen E. Friedman

SUNSTEIN LLP
Kerry L. Timbers
Eric G. J. Kaviar
Kevin R. Mosier
Christopher Lacenere

TURNER BOYD SERAPHINE LLP
Jennifer Seraphine
Karen I. Boyd

*Attorneys for Defendant*
CHUNXIAO SONG

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: November 18, 2024

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

### FILER'S ATTESTATION

I, Edward Reines, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Karen E. Friedman concurred in the filing of this document.

*/s/ Edward R. Reines*
Edward R. Reines